IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Tanika Dirton, | ) | C/A No.: 6:09-2022-HFF |
| | ) | |
| Plaintiff, | ) | **CONSENT ORDER OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| vs. | ) | |
| | ) | |
| Unum Life Insurance Company | ) | |
| of America, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter comes before me upon motion of Theodore D. Willard, Jr., of the firm Montgomery Willard, LLC, attorneys for the Defendant Unum Life Insurance Company of America, by and with the consent of Robert E. Hoskins, of the Foster Law Firm, L.L.C., attorneys for Plaintiff, wherein and whereby the Defendant seeks an Order of Dismissal dismissing the above-titled matter with prejudice. It appearing that the parties have resolved their differences and that the order sought should be granted, now, THEREFORE IT IS,

**ORDERED**, **ADJUDGED**, and **DECREED** that the above-captioned matter be, and the same is hereby dismissed and forever ended with prejudice.

<u>s/Henry F. Floyd</u><br>
HENRY F. FLOYD<br>
UNITED STATES DISTRICT JUDGE

January __15__, 2010
Spartanburg, South Carolina

**WE SO MOVE:**


s/Theodore D. Willard, Jr.
Theodore D. Willard, Jr.
Federal I.D. No.: 5136
**MONTGOMERY WILLARD, LLC**
1002 Calhoun Street
Post Office Box 11886
Columbia, South Carolina 29211-1886
(803) 779-3500

ATTORNEYS FOR THE DEFENDANT



**WE CONSENT:**


s/Robert E. Hoskins
Robert E. Hoskins
Federal I.D. No.: 5144
**FOSTER LAW FIRM, L.L.C.**
Post Office Box 2123
Greenville, South Carolina 29602
(864) 242-6200

ATTORNEYS FOR THE PLAINTIFF